Bradley A. Patterson (Cal. State Bar No. 155482)
    Email: bapatterson@lgilaw.com
LGI LLP, Lawyers Group International
2600 Michelson Dr., Suite 1700
Irvine, CA 92612-6535
Telephone: (949) 253-0500
Facsimile: (949) 253-0505
Attorney for Defendants and Cross-Claimant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O'HAGINS, INC, a California Corporation; and CAROLINA STOLLENWERK O'HAGIN,<br><br>　　Plaintiffs,<br><br>v.<br><br>LGI LLP fka GODDARD LLP and WILLIAM A. GODDARD, and DOES A through K,<br><br>　　Defendants.<br><br>HARRY T. O'HAGIN, an individual,<br><br>　　Cross-claimant,<br><br>v.<br><br>CAROLINA STOLLENWERK O'HAGIN, an individual; O'HAGIN MANUFACTURING LLC, a California limited liability company; and ROES 1-10 inclusive,<br><br>　　Cross-defendants. | Case No. 8:16-CV-716-DOC-JEM<br>Hon. David O. Carter<br>Courtroom 9D<br><br>**JUDGMENT** |

In accordance with the June 8, 2017 Order dismissing the Third Amended Complaint and denying the plaintiffs' motion for leave to file a Fourth Amended Complaint (#182), and the November 3, 2017 Offer of Judgment on the Cross-complaint, which the cross-complainant accepted on November 17, 2017 (#207),

**JUDGMENT is hereby ENTERED** as follows:

1. On the plaintiffs' Third Amended Complaint, for the defendants; and

2. On the cross-claimant's cross-complaint, for cross-claimant Harry T. O'Hagin, an individual, against cross-defendants Carolina Stollenwerk O'Hagin, an individual, and O'Hagin Manufacturing LLC, a California limited liability company, jointly and severally, in the amount of $5,000.00 (Five thousand and no/100 dollars).

Dated: November 28, 2017

*David O. Carter*
DAVID O. CARTER
United States District Judge

Entered: November 28, 2017

s/Deborah Lewman
CLERK
United States District Court
Central District of California

APPROVED AS TO FORM:

DATED:  November 24, 2017          LGI LLP

                        By:  s/ Bradley A. Patterson
                             Bradley A. Patterson
                             Attorneys for Defendants and Cross-Claimant

                             Schiff Hardin, LLP

                        By:  */s/ Stuart D. Gibson*
                             Stuart D. Gibson
                             Attorneys for Plaintiffs and Cross-Defendants